# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 06-00566 DDP (AJWx) | Date | December 17, 2007 |
|---|---|---|---|

Title   J2 GLOBAL COMMUNICATIONS, INC.,  -V- PROTUS IP SOLUTIONS; JOSEPH NOUR; SIMON NEHME; AND THOMAS J. MARTIN

Present: The Honorable    DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| S. English | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Todd E. Whitman | Mary Ann L. Wymore |
| John C. Brown | Erwin O. Switzer |

Attorney Present for Intervenor:

Kathryn Wyer, AUSA

Proceedings:

MOTION BY PROTUS IP SOLUTIONS FOR PARTIAL SUMMARY JUDGMENT OF FEDERAL CLAIMS BASED ON THE UNCONSTITUTIONALITY OF THE TELEPHONIC CONSUMER PROTECTION ACT AND RULES PROMULGATED THEREUNDER (FILED ON 10-01-07)
MOTION BY PROTUS IP SOLUTIONS FOR PARTIAL SUMMARY JUDGMENT ON COUNTS I AND II RELATING TO THE TELEPHONIC CONSUMER PROTECTION ACT [NON-CONSTITUTION GROUNDS] (FILED ON 10-01-07)

Court hears oral argument and takes the matters under submission.

| | 0 0 | : | 59 |
|---|---|---|---|
| Initials of Preparer | | JAC | |

CV-90 (12/02)                    **CIVIL MINUTES - GENERAL**                    Page 1 of 1