TODD E. WHITMAN (BAR NO. 173878)
CYNTHIA M. JARA (BAR NO. 212011)
JENNIFER C. BERCOVICI (BAR NO. 252373)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
1901 Avenue of the Stars, Suite 1800
Los Angeles, California 90067-6019
Phone: (310) 788-2400
Fax: (310) 788-2410
E-Mail: twhitman@allenmatkins.com
        cjara@allenmatkins.com
        jbercovici@allenmatkins.com

Attorneys for Plaintiff
j2 GLOBAL COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| j2 GLOBAL COMMUNICATIONS, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>PROTUS IP SOLUTIONS, INC., et al.,<br><br>            Defendants. | Case No. CV-06-0566 DDP (AJWx)<br><br>The Honorable Dean D. Pregerson<br><br>DECLARATION OF CYNTHIA M. JARA IN SUPPORT OF PLAINTIFF'S MOTION TO 1) MODIFY THE SCHEDULING ORDER FOR THE LIMITED PURPOSE OF AMENDING THE COMPLAINT TO ALLEGE LIABILITY UNDER NEWLY DISCOVERED GROUNDS; AND 2) AMEND THE COMPLAINT<br><br>DATE:  December 15, 2008<br>TIME:  10:00 a.m.<br>CTRM:  3<br><br>Discovery Cutoff:  June 8, 2009<br>Pre-Trial Conference: Sept 21, 2009<br>Trial Date: Sept 29, 2009 |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

639086.01/WLA                    -1-

DECL OF JARA IN SUPPORT OF
PLAINTIFF'S MOTION TO MODIFY
SCHEDULING ORDER AND AMEND
COMPLAINT

## DECLARATION OF CYNTHIA M. JARA

I, Cynthia M. Jara, declare as follows:

1. I am an attorney at the law firm of Allen Matkins Leck Gamble Mallory & Natsis, LLP ("Allen Matkins"), co-counsel of record for Plaintiff j2 Global Communications, Inc. ("j2") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. j2 initiated this action by filing its Complaint against Protus on January 30, 2006. A true and correct copy of the Complaint is attached hereto as Exhibit A.

3. On May 12, 2006, the Court filed a Scheduling and Case Management Order ("Scheduling Order") which set the deadline for joining parties or amending pleadings for August 10, 2006. A true and correct copy of the Scheduling Order is attached hereto as Exhibit B.

4. On January 30, 2007, the parties filed a Stipulation to Amend the Scheduling Order and jointly proposed certain dates for the Amended Scheduling Order. The same day, this Court entered an Order amending the Scheduling Order per the parties' suggested dates and moved the deadline for amending pleadings to September 12, 2007. A true and correct copy of the Stipulation to Amend Case Management Order and Order thereon is attached hereto as Exhibit C.

5. In July of 2008, the Order attached hereto as Exhibit D was entered in the case of MSG Jewelers, Inc. v. C &C Quality Printing, Inc., Cause No. 07AC-028676 E CV, Circuit Court of the County of St. Luis, State of Missouri ("MSG Jewelers").

6. Based on the above-mentioned Order in MSG Jewelers I believe j2 has a good-faith basis for seeking to amend its Complaint to add a claim for violations of 47 U.S.C. § 227 (b)(2)(D) and 47 C.F.R. § 64.1200(a)(3)(iv).

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

639086.01/WLA

-2-

DECL OF JARA IN SUPPORT OF
PLAINTIFF'S MOTION TO MODIFY
SCHEDULING ORDER AND AMEND
COMPLAINT

7. On October 13, 2008 I sent Protus' counsel of record an email to commence the meet and confer process regarding this Motion. In my email, I requested that Protus stipulate to j2 amending its complaint to add a claim against Protus for violation of 47 U.S.C. §227(b)(2)(D) and 47 C.F.R. §64.1200(a)(3)(iv) and explained that the additional claim is based on the recent decision in <u>MSG Jewelers</u>. A true and correct copy of this email is attached hereto as <u>Exhibit E</u>. On October 23, 2008, Protus' counsel informed me that Protus would not stipulate to allow j2 to amend its Complaint and that Protus would oppose the instant Motion.

8. A copy of j2's proposed First Amended Complaint is attached hereto as <u>Exhibit F</u>.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on November 12, 2008, at Los Angeles, California.

_____
Cynthia M. Jara

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

639086.01/WLA

-3-

DECL OF JARA IN SUPPORT OF
PLAINTIFF'S MOTION TO MODIFY
SCHEDULING ORDER AND AMEND
COMPLAINT