
MARY ANN L. WYMORE (State Bar No. 126516)
mlw@greensfelder.com
ERWIN O. SWITZER (*Pro Hac Vice*)
eos@greensfelder.com
KEVIN F. HORMUTH (*Pro Hac Vice*)
kfh@greensfelder.com
J. ANDREW WALKUP (*Pro Hac Vice*)
aw@greensfelder.com
GREENSFELDER, HEMKER & GALE, P.C.
10 South Broadway, Suite 2000
St. Louis, Missouri 63102-1774
Telephone: (314) 241-9090
Facsimile: (314) 345-5499

MICHAEL C. TU (State Bar No. 186793)
mtu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499
Attorneys for Defendant
Protus IP Solutions, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| j2 GLOBAL COMMUNICATIONS, INC., <br><br>Plaintiff, <br><br>v. <br><br>PROTUS IP SOLUTIONS, INC., et al., <br><br>Defendants. | Case No. 2:06-cv-00566-DPP (AJWx) <br><br>**JOINT STIPULATION TO FILE PROTUS IP SOLUTIONS, INC.'S RESPONSE TO j2 GLOBAL COMMUNICATIONS, INC.'S MOTION TO WITHDRAW JOHN C. BROWN AS CO-COUNSEL OF RECORD AND DECLARATION OF J. ANDREW WALKUP (WITH EXHIBITS) UNDER SEAL** <br><br>Hearing Date: December 15, 2008 <br>Hearing Time: 10:00 a.m. <br>Courtroom: 690 Roybal Federal Bldg. <br>The Hon. Dean D. Pregerson <br><br>Discovery Cut-Off: June 8, 2009 <br>PreTrial Conference: Sept 21, 2009 <br>Trial Beginning Date: Sept 29, 2009 |

COME NOW Defendant Protus IP Solutions, Inc. ("Protus") and Plaintiff j2 Global Communications, Inc. ("j2"), by and through their respective undersigned attorneys, and hereby jointly stipulate and agree as follows:

1. Pursuant to Local Rules 79-5.1 and 79-5.4, Protus and j2 hereby jointly request approval from this Court to file (1) Protus' Response to j2's Motion to Withdraw John C. Brown as Co-Counsel of Record ("Protus' Response") and (2) the Declaration of J. Andrew Walkup (with Exhibits) ("Walkup Declaration"), under seal.

2. Pursuant to the terms of the Stipulation and Order Regarding Confidential Information (CM/ECF No. 48; "Protective Order"), material designated as "Confidential" and/or "Confidential – Attorneys' Eyes Only" must be filed under seal. (Walkup Seal Decl. ¶ 2.)

3. Portions of Protus' Response, and the Walkup Declaration (with Exhibits) attach, contain, discuss, paraphrase and/or quote material that has been marked "Confidential" and/or "Confidential Attorneys Eyes Only" pursuant to the terms of the Protective Order. (Walkup Seal Decl. ¶ 4.)

4. Protus and j2 consent to this Stipulation consistent with the practices of the parties in this litigation, without acknowledging the propriety of either j2's or Protus' designation of anything "Confidential" and/or "Confidential Attorneys Eyes Only" and without waiving any rights.

5. Accordingly, the parties respectfully request that the concurrently filed Protus' Response to j2's Motion to Withdraw John C. Brown as Co-Counsel of Record and the Declaration of J. Andrew Walkup (including the exhibits thereto), be filed under seal.

- 1 -

JOINT STIPULATION TO FILE PROTUS' RESPONSE TO MOTION TO
WITHDRAW AND WALKUP DECLARATION UNDER SEAL
2:06-CV-00566-DPP (AJW X)

| | | |
|---|---|---|
| Dated: | December 1, 2008 | Respectfully submitted, |

GREENSFELDER, HEMKER & GALE, P.C.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By _____
J. Andrew Walkup

Attorneys for Defendant/Counterclaim Plaintiff
Protus IP Solutions, Inc.

| | | |
|---|---|---|
| Dated: | December 1, 2008 | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP |

By _____
Cynthia M. Jara

Attorneys for Plaintiff/Counterclaim Defendant
j2 Global Communications, Inc.

1095065v1

- 2 -

JOINT STIPULATION TO FILE PROTUS' RESPONSE TO MOTION TO
WITHDRAW AND WALKUP DECLARATION UNDER SEAL
2:06-CV-00566-DPP (AJWx)