1  MARY ANN L. WYMORE (State Bar No. 126516)
   mlw@greensfelder.com
2  ERWIN O. SWITZER (*Pro Hac Vice*)
   eos@greensfelder.com
3  KEVIN F. HORMUTH (*Pro Hac Vice*)
   kfh@greensfelder.com
4  J. ANDREW WALKUP (*Pro Hac Vice*)
   aw@greensfelder.com
5  GREENSFELDER, HEMKER & GALE, P.C.
   10 South Broadway, Suite 2000
6  St. Louis, Missouri 63102-1774
   Telephone: (314) 241-9090
7  Facsimile: (314) 345-5499

8  MICHAEL C. TU (State Bar No. 186793)
   mtu@orrick.com
9  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
10 Los Angeles, California 90017
   Telephone: 213-629-2020
11 Facsimile:  213-612-2499
   Attorneys for Defendant
12 Protus IP Solutions, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| j2 GLOBAL COMMUNICATIONS, INC., | Case No. 2:06-cv-00566-DPP (AJWx) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER TO FILE PROTUS IP SOLUTIONS, INC.'S RESPONSE TO j2 GLOBAL COMMUNICATIONS, INC.'S MOTION TO WITHDRAW JOHN C. BROWN AS CO-COUNSEL OF RECORD AND DECLARATION OF J. ANDREW WALKUP (WITH EXHIBITS) UNDER SEAL** |
| v. | |
| PROTUS IP SOLUTIONS, INC., et al., | |
| Defendants. | Hearing Date: December 15, 2008<br>Hearing Time: 10:00 a.m.<br>Courtroom: 690 Roybal Federal Bldg.<br>The Hon. Dean D. Pregerson |
| | Discovery Cut-Off:     June 8, 2009<br>PreTrial Conference:   Sept 21, 2009<br>Trial Beginning Date:  Sept 29, 2009 |

# [PROPOSED] ORDER

WHEREFORE, having considered the Joint Stipulation to File Protus IP Solutions, Inc.'s Response to j2 Global Communications, Inc.'s Motion to Withdraw John C. Brown as Co-Counsel of Record and Declaration of J. Andrew Walkup (including the exhibits thereto) Under Seal ("Seal Stipulation"), and finding good cause therefore,

IT IS HEREBY ORDERED that the Seal Stipulation is GRANTED. Protus IP Solutions, Inc.'s Response to j2 Global Communications, Inc.'s Motion to Withdraw John C. Brown as Co-Counsel of Record and the Declaration of J. Andrew Walkup (including exhibits thereto) are to be filed under seal.

**IT IS SO ORDERED.**

Dated: December ___, 2008

_____
THE HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

1095073