1  MARY ANN L. WYMORE (State Bar No. 126516)
   mlw@greensfelder.com
2  ERWIN O. SWITZER (Pro Hac Vice)
   eos@greensfelder.com
3  KEVIN F. HORMUTH (Pro Hac Vice)
   kfh@greensfelder.com
4  J. ANDREW WALKUP (Pro Hac Vice)
   aw@greensfelder.com
5  GREENSFELDER, HEMKER & GALE, P.C.
   10 South Broadway, Suite 2000
6  St. Louis, Missouri 63102-1774
   Telephone: (314) 241-9090
7  Facsimile: (314) 345-5499

8  MICHAEL C. TU (State Bar No. 186793)
   mtu@orrick.com
9  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
10 Los Angeles, California 90017
   Telephone: 213-629-2020
11 Facsimile: 213-612-2499

12 Attorneys for Defendant
   Protus IP Solutions, Inc.
13

14                 UNITED STATES DISTRICT COURT
15                CENTRAL DISTRICT OF CALIFORNIA
16                       WESTERN DIVISION

| | |
|---|---|
| j2 GLOBAL COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PROTUS IP SOLUTIONS, INC., et al., <br><br> Defendants. | Case No. CV 06-0566-DPP (AJWx) <br><br> **PROTUS IP SOLUTIONS, INC.'S RESPONSE TO J2 GLOBAL COMMUNICATIONS, INC.'S MOTION TO WITHDRAW JOHN C. BROWN AS CO-COUNSEL OF RECORD** <br><br> **FILED UNDER SEAL (PURSUANT TO STIPULATION FILED CONCURRENTLY HEREWITH)** <br><br> Hearing Date: December 15, 2008 <br> Hearing Time: 10:00 a.m. <br> Courtroom: 3, Spring Street Courthouse <br> The Hon. Dean D. Pregerson <br><br> Discovery Cut-Off:   June 8, 2009 <br> Pretrial Conference:  Sept 21, 2009 <br> Trial Beginning Date: Sept 29, 2009 |

PROTUS' RESPONSE TO J2'S MOTION TO WITHDRAW JOHN C. BROWN AS CO-COUNSEL OF RECORD
CV 06-0566-DPP (AJWx)

PAGES 1 THROUGH 12 OF PROTUS IP SOLUTIONS, INC.'S RESPONSE TO J2 GLOBAL COMMUNICATIONS, INC.'S MOTION TO WITHDRAW JOHN C. BROWN AS CO-COUNSEL OF RECORD HAS BEEN FILED UNDER SEAL PURSUANT TO A STIPULATION FILED CONCURRENTLY HEREWITH