UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CIVIL MINUTES--GENERAL

Case No. CV 06-0566 DDP (AJWx)                          Date: May 6, 2009

Title: <u>J2 GLOBAL COMMUNICATIONS, INC. v. PROTUS IP SOLUTIONS</u>
================================================================
PRESENT:     **HON. <u>ANDREW J. WISTRICH</u>, MAGISTRATE JUDGE**

    <u>Ysela Benavides</u>
    Deputy Clerk                                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:
    None Present                                     None Present

**ORDER REGARDING THE PARTIES' POSITIONS REGARDING PROTECTIVE ORDER ISSUES**

As to each of the three issues presented in the parties' joint brief, the court adopts the position proposed by defendant. Plaintiff, of course, may file a motion seeking permission to disclose information or documents designated as confidential pursuant to the protective order more broadly based upon: (1) a showing of need, (2) a description of the confidential information or documents it would like to disclose, and (3) an identification of the person to whom plaintiff would like to disclose the confidential information or documents. Any such motion, of course, is subject to the requirements of Local Rule 37.
This order does not limit the persons who plaintiff may retain as consultants, but merely limits those to whom plaintiff may disclose information or materials designated as confidential pursuant to the protective order.

Based on the history of problems involving plaintiff and/or plaintiff's former counsel, the court prefers to proceed with caution in order to minimize the risk of such problems in the future. Moreover, paragraph 5.6 of the proposed protective order lessens any inconvenience plaintiff otherwise might suffer due to the restrictions.

**IT IS SO ORDERED.**

cc:  Parties

MINUTES FORM 11                              Initials of Deputy Clerk_____
CIVIL-GEN