1  MARY ANN L. WYMORE (State Bar No. 126516)
   mlw@greensfelder.com
2  ERWIN O. SWITZER (*Pro Hac Vice*)
   eos@greensfelder.com
3  KEVIN F. HORMUTH (*Pro Hac Vice*)
   kfh@greensfelder.com
4  DAWN M. JOHNSON (*Pro Hac Vice*)
   dmj@greensfelder.com
5  J. ANDREW WALKUP (*Pro Hac Vice*)
   aw@greensfelder.com
6  JEFFREY L. WAX (*Pro Hac Vice*)
   jlw@greensfelder.com
7  GREENSFELDER, HEMKER & GALE, P.C.
   10 South Broadway, Suite 2000
8  St. Louis, Missouri  63102-1774
   Telephone:  (314) 241-9090
9  Facsimile:  (314) 345-5499

10 MICHAEL C. TU (State Bar No. 186793)
   mtu@orrick.com
11 ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
12 Los Angeles, California  90017
   Telephone:  (213) 629-2020
13 Facsimile:  (213) 612-2499

14 Attorneys for Defendant Protus IP Solutions, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| j2 GLOBAL COMMUNICATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PROTUS IP SOLUTIONS, INC., et al.,<br><br>Defendants. | Case No.  2:06-cv-00566-DDP (AJWx)<br><br>**ORDER GRANTING JOINT STIPULATION TO ENTER STIPULATED PROTECTIVE ORDER REGARDING THE USE AND DISCLOSURE OF CONFIDENTIAL INFORMATION IN DEFENSE OF PROTUS' SHOW CAUSE MOTION AND TO PERMIT DISCLOSURE OF SEALED PLEADINGS RELATED TO PROTUS' SHOW CAUSE MOTION TO COUNSEL FOR JOHN C. BROWN**<br><br>Hearing Date:  N/A<br>Hearing Time:  N/A<br>Courtroom:  690 Roybal Federal Bldg.<br>The Hon. Andrew J. Wistrich<br><br>Discovery Cut-Off:   Nov. 9, 2009<br>PreTrial Conference:  Feb. 22, 2010<br>Trial Beginning Date:  Mar. 2, 2010 |

1 **ORDER**

2  WHEREFORE, having considered the Joint Stipulation To Enter Stipulated
3  Protective Order Regarding The Use And Disclosure of Confidential Information In
4  Defense Of Protus' Show Cause Motion And To Permit Disclosure Of Sealed
5  Pleadings Related To Protus' Show Cause Motion To Counsel For John C. Brown
6  ("Joint Stipulation"), and finding good cause therefore,

7  IT IS HEREBY ORDERED that the Stipulated Protective Order Regarding
8  The Use And Disclosure Of Confidential Information In Defense of Protus' Show
9  Cause Motion ("Limited Protective Order") is GRANTED.

10  It is further ORDERED that the Joint Stipulation is GRANTED. Those
11  pleadings that have been filed under seal and which are directly relevant and
12  necessary to defend and respond to Protus' Show Cause Motion may be disclosed,
13  pursuant to the Limited Protective Order, to Pascale Gagnon of the law firm of
14  Ropers, Majeski, Kohn, & Bentley, P.C. The parties also are permitted, pursuant to
15  the Limited Protective Order, to serve Ms. Gagnon in the future with any pleadings
16  or documents filed under seal, which are directly relevant and necessary to defend
17  and respond to Protus' Show Cause Motion.

18
19  **IT IS SO ORDERED.**
20
21
22  Dated:   August  31, 2009                   /s/
                                          THE HON. ANDREW J. WISTRICH
23                                        UNITED STATES MAGISTRATE JUDGE
24
25  1151702v1
26
27
28

- 1 -